UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| BLAKE IRVIN ROBINSON | ) | |
| CASEY ELIZABETH ROBINSON | ) | CASE NO. R13-42522-MGD |
| | ) | |
| DEBTOR(S) | ) | |

## NOTICE OF INTENT TO NOT FUND DUPLICATE CLAIM

Comes now, Mary Ida Townson, Chapter 13 Trustee, in the above styled case and files herewith her **NOTICE OF INTENT TO NOT FUND DUPLICATE CLAIM**.  The following proof of claim was filed as an unsecured priority claim in the above styled bankruptcy case. The claim appears to be a duplicate of court claim number 2.

| Name and Address of Creditor | Claim Amount | Court Claim Number |
|---|---|---|
| TD BANK USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>PO Box 3978<br>Seattle, WA  98124 | $253.19 | 3 |

**Please be advised that the Chapter 13 Trustee shall NOT fund this claim unless an objection to this notice is filed with the Clerk of Court and served on affected parties and the Chapter 13 Trustee within twenty (20) days of the date of this notice.  PLEASE GOVERN YOURSELVES ACCORDINGLY.**

/S/

MARY IDA TOWNSON,TRUSTEE
State Bar No. 715063
191 PEACHTREE STREET, SUITE 2200
ATLANTA, GA  30303
(404) 525-1110

## CERTIFICATE OF SERVICE

R13-42522-MGD

This is to Certify that I have this day served

BLAKE IRVIN ROBINSON
37 WEY BRIDGE COURT
WHITE, GA  30184

CASEY ELIZABETH ROBINSON
153 THUNDER HAWK LOOP
WALESKA, GA  30183

ROBERT S. TOOMEY, P.C.
6110 CEDARCREST ROAD
SUITE 350 #251
ACWORTH, GA  30101

1/9/14
TD BANK USA, N.A.
c/o Weinstein & Riley, P.S.
PO Box 3978
Seattle, WA  98124

with a copy of the foregoing Notice of Intent to Not Fund Duplicate Claim by depositing in

the United States Mail a copy of same in a properly addressed envelope with adequate

postage thereon.

DATED: 1/9/2014

/S/
_____
MARY IDA TOWNSON,TRUSTEE
191 PEACHTREE STREET, SUITE 2200
ATLANTA, GA  30303
(404) 525-1110