UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No.  R13-42522-MGD |
|     Robinson, Blake Irvin | * | |
|     Robinson, Casey Elizabeth | * | Chapter  13 |
| | * | |
|     Debtor/Movant | * | Judge    Mary Grace Diehl |
| Vs. | * | |
|     TD Bank USA/Target Credit | * | Contested Matter |
|     Respondent | * | |

_____

## OBJECTION TO PROOF OF CLAIM

COMES NOW the Debtor, by counsel, and files the within "Objection to Proof of Claim of **TD Bank USA/Target Credit** " and shows the Court as follows:

1. Debtor filed a Petition constituting an Order For Relief herein under 11 U.S.C. Chapter 13 on August 30, 2013.

2. The Debtor's Schedules and Matrix listed TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440.

3. **TD Bank USA/Target Credit** filed its Proof of Claim (Claim number 3) on September 13, 2013.

4. The Claim of TD Bank USA/Target Credit, does not comply with the General Order No. 7 of the United Stated Bankruptcy Court, Northern District of Georgia in that the Claim of TD Bank USA/Target Credit, appears to be a duplicate of a previously filed claim (Claim number 2) which was filed on September 11, 2013, and therefore the Proof of Claim of TD Bank USA/Target Credit, (claim number 3) should be denied in its entirety.

===========================
Law Office of Robert S. Toomey, PC
4753 Old Acworth Dallas Highway
Suite 103
Acworth, Ga 30101
(70)607-0600 / (706)235-7006

**WHEREFORE,** Debtor prays:

(a) that this Objection be filed, read and considered;

(b) that the Proof of Claim on behalf of TD Bank USA/Target Credit be denied ; and,

(c) that this Honorable Court grant such other and further relief as it deems just and proper.

Respectfully Submitted
this October 20, 2014 by

                                          Law Office of Robert S. Toomey, PC.
                                          Attorney for Debtor

By ___/s/_____
     Robert S. Toomey
     Georgia Bar No. 714660

==========================
Law Office of Robert S. Toomey, PC
4753 Old Acworth Dallas Highway
Suite 103
Acworth, Ga 30101
(70)607-0600 / (706)235-7006

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| In Re: | * | Case No.  R13-42522-MGD |
| Robinson, Blake Irvin | * | |
| Robinson, Casey Elizabeth | * | Chapter  13 |
| | * | |
| Debtor/Movant | * | Judge  Mary Grace Diehl |
| | * | |

**Notice of Hearing**

PLEASE TAKE NOTICE that Mr. and Ms. Blake Irvin Robinson filed a Motion to Objection to Proof of Claim.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on December 10, 2014 in Courtroom 342, United States Courthouse, 600 East First Street, Rome Georgia at <u>10:00 AM</u>.

Your rights may be affected by the Court's ruling on this Motion.. You should read this Motion carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the Court to granted the relief sought in this Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and to whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's office is Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street Rome, Georgia 30161-3187.  You must also mail a copy of your response to the undersigned at the address stated below.

Respectfully Submitted
this October 20, 2014 by

                Law Office of Robert S. Toomey, PC.
                Attorney for Debtor


                By ___/s/_____
                  Robert S. Toomey
                  Georgia Bar No. 714660

Law Office of Robert S. Toomey, PC
4753 Old Acworth Dallas Highway
Suite 103
Acworth, Ga 30101
(770)607-0600
fax (770) 607-0671
robert@toomeylaw.com

# Certificate of Service

      I certify that I have this date served the following parties with a copy of the within and foregoing Pleading by Placing a true copy of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

| | |
|---|---|
| Mary Ida Townson, Chapter 13 Trustee<br>191 Peachtree St. NE<br>Suite 2200<br>Atlanta, GA 30303-1740 | Mr. Blake Irvin Robinson and Ms. Casey Elizabeth Robinson<br>37 Wey Bride Court<br>White, GA 30184 |

**TD Bank USA/Target Credit**
**PO Box 673**
**Minneapolis, MN 55440**

      Dated this October 20, 2014

      By /s/_____
          Robert S. Toomey
          Georgia Bar No. 714660

===========================
Law Office of Robert S. Toomey, PC
4753 Old Acworth Dallas Highway
Suite 103
Acworth, Ga 30101
(70)607-0600 / (706)235-7006